UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD REMSNYDER,

                              Plaintiff,

           - against -

GANNETT CO., INC. d/b/a
THE JOURNAL NEWS,

                              Defendant.

04 Civ. 2345

(CLB) (GAY)

## STIPULATION AND ORDER OF DISMISSAL
## OF PLAINTIFF'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that all of plaintiff's claims in the complaint in the above-captioned action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his or its own costs and attorneys' fees.

Dated: September 9, 2004

GAINES, GRUNER, PONZINI
& NOVICK, LLP

By: _____
Steven H. Gaines, (SG 1035)

One North Broadway, 12th Floor
White Plains, New York 10601
(914) 288-9595

Attorneys for plaintiff

Dated: September 14, 2004

NIXON PEABODY LLP

By: _____
James P. O'Brien, Jr. (JO 9373)

990 Stewart Avenue
Garden City, New York 11530
(516) 832-7500

Attorneys for defendant

SO ORDERED:

_____
Charles L. Brieant
United States District Judge

Dated: September 27, 2004
White Plains, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

G260190.1



# NIXON PEABODY LLP

ATTORNEYS AT LAW
990 Stewart Avenue
Garden City, New York 11530-4838
(516) 832-7500
Fax: (516) 832-7555

James P. O'Brien, Jr.
Direct Dial:  (516) 832-7514
Direct Fax:  (866) 947-2082
E-Mail:  jpobrien@nixonpeabody.com

September 24, 2004

**VIA FEDERAL EXPRESS**

Honorable Charles L. Brieant
United States District Court for the
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

RE: **Remsnyder v. Gannett Co., Inc. d/b/a The Journal News**
**04 Civ. 2345 (CLB) (GAY)**

Dear Judge Brieant:

We represent defendant The Journal News, sued improperly herein as Gannett Co., Inc. d/b/a The Journal News, in the above-referenced matter.

I write to advise that this matter has settled. In this regard, I've enclosed a fully-executed Stipulation and Order of Dismissal. If the Stipulation and Order meets with your approval, please "so order" it, and return a copy to me in the enclosed, self-addressed, stamped envelope. Thereafter, I will forward a copy of the "so ordered" Stipulation and Order to counsel for the plaintiff.

Thank you and if you have any questions or require any additional information, I am available at the Court's convenience.

Respectfully submitted,

James P. O'Brien, Jr.

Enclosure

cc: Steven H. Gaines, Esq.  (attorney for plaintiff)

G261221.1

000556/998402

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • MCLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC